UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTA PARTNERS, LLC,<br><br>    Plaintiff,<br><br>    -v-<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>    Defendant. | 22-cv-8916 (JSR) |
| CRCM INSTITUTIONAL MASTER FUND (BVI) LTD v. GETTY IMAGES HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>    -v-<br><br>GETTY IMAGES HOLDINGS, INC,<br><br>    Defendant. | 23-cv-1074<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On the consent of all parties, see transcript 2/17/2023, the above-captioned cases are hereby consolidated through the close of discovery. The Clerk of the Court is respectfully directed to consolidate the cases under the docket number 22-cv-8916 but bearing both captions.

SO ORDERED.

New York, NY
February 17, 2023

_____
JED S. RAKOFF, U.S.D.J.

1