IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTA PARTNERS, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>                        Defendant. | No. 1:22-cv-08916-JSR<br><br>Hon. Jed S. Rakoff |
| CRCM INSTITUTIONAL MASTER FUND (BVI) LTD. and CRCM SPAC OPPORTUNITY FUND LP,<br><br>                        Plaintiffs,<br><br>v.<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>                        Defendant. | No. 1:23-cv-01074-JSR |

[PROPOSED] ORDER

       WHEREAS, Defendant Getty Images Holdings, Inc. has sought an order compelling Plaintiffs CRCM Institutional Master Fund (BVI) Ltd. and CRCM SPAC Opportunity Fund LP (collectively, "CRCM") to collect, review, and produce documents from Jade Yao;

       WHEREAS, the Court has considered the parties' arguments and determined that Ms. Yao's documents that are relevant to this litigation should be produced;

       IT IS HEREBY ORDERED that CRCM shall collect, review, and produce all responsive, non-privileged documents in Ms. Yao's possession that are relevant to this litigation, including any

documents in Ms. Yao's possession that CRCM and/or Ms. Yao contend are subject to Chinese privacy laws.

```
                                        _____
                                                JED S. RAKOFF
                                                   U.S.D.J.
```

DATED: New York, New York

      7/6/23