**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTA PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>Defendant. | No. 1:22-cv-08916-JSR<br><br>Hon. Jed S. Rakoff |

**DEFENDANT GETTY IMAGES HOLDINGS, INC.'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendant Getty Images Holdings, Inc. ("Getty Images"), by and through its undersigned counsel, will move this Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Getty Images and against Plaintiff Alta Partners, LLC ("Alta") on all claims asserted by Alta in its Amended Complaint (ECF No. 18). The requested relief is appropriate for the reasons set forth in the memorandum of law, Local Rule 56.1 statement, and declarations filed therewith and attachments thereto, that will be submitted in support of Getty Images' motion in accordance with the briefing schedule set by the Court in its June 21, 2023 Minute Order (the "Scheduling Order"). Pursuant to the Scheduling Order, moving papers are due on September 11, 2023, opposition papers are due on September 25, 2023, and reply papers are due on October 2, 2023. Oral argument on the motion has been set by the Court for October 10, 2023 at 2:00 PM.

Dated: September 5, 2023

Respectfully submitted,

*<u>/s/ John A. Neuwirth</u>*
John A. Neuwirth
Joshua S. Amsel
Evert J. Christensen, Jr.
Amanda K. Pooler
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
john.neuwirth@weil.com
josh.amswel@weil.com
evert.christensen@weil.com
amanda.pooler@weil.com

Chantale Fiebig
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW #600
Washington, D.C. 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
chantale.fiebig@weil.com

*Attorneys for Defendant Getty Images Holdings, Inc.*