## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ALTA PARTNERS, LLC,

                         Plaintiff,                         22 **CIVIL** 8916 (JSR)

        -against-                                  **JUDGMENT**

GETTY IMAGES HOLDINGS, INC.,

                        Defendant.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 26, 2023, The Court grants summary judgment for Alta and CRCM on Count I of their respective Amended Complaints. Getty is liable to Alta for $36,946,713 in damages, plus prejudgment interest to be calculated by the Clerk of 9% per annum beginning on August 24, 2022 adding up to 3,908,253.67. Getty is liable to CRCM for $51,000,000 in damages, plus prejudgment interest of 9% per annum. The Court will determine the commencement date of CRCM's prejudgment interest after receiving a submission from CRCM, to be filed no later than one week after entry of this Opinion and Order, that states how much of its damages occurred on August 22, 2022 and how much of its damages occurred on August 23, 2022. Accordingly, the case is closed.

**Dated:** New York, New York
         October 27, 2023                                     **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                               **BY:**

                                                                 **Deputy Clerk**