**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALTA PARTNERS, LLC,

                  Plaintiff,

v.

GETTY IMAGES HOLDINGS, INC.

                  Defendant.

Case No.1:22-cv-08916-JSR

Hon. Jed S. Rakoff

## [PROPOSED] ORDER FOR RELEASE OF BOND

WHEREAS, on November 21, 2023, in conjunction with the above-captioned case, Defendant Getty Images Holdings, Inc., posted Supersedeas Bond # SURU2210000576, 019090323, SUR0078427 (ECF No. 76), in the amount of $45,349,013.00;

WHEREAS, on May 6, 2026, Plaintiff Alta Partners, LLC filed a Satisfaction of Judgment (ECF No. 82);

THEREFORE, it is hereby Ordered that the Clerk of the Court is authorized to direct the release of Supersedeas Bond # SURU2210000576, 019090323, SUR0078427 (ECF No. 76).

SO ORDERED:

Dated: New York, New York
       May 2, 2026

_____
Honorable Jed S. Rakoff